IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHAD P. KELLER,

    Petitioner,

v.

JAMES CROSS,[1]

    Respondent.                                     No. 10-cv-478-DRH-DGW

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for purposes of case management. Petitioner's pending writ of habeas corpus and motion for summary judgment generally allege the warden at FCI Greenville violated his constitutional rights by (1) failing to consider him for placement in a Residential Re-Entry Center (RRC) for a period longer than six months; (2) administering the Bureau of Prisons (BOP) policy, which either officially or unofficially, establishes six months or less as the default time for RRC placement; and (3) failing to make an individualized determination concerning his placement (Doc. 1); (Doc. 12). Petitioner has been advised of his continuing obligation to keep the Clerk and each opposing party informed of any change in his whereabouts during the pendency of this action. It

---

[1] James Cross is the current warden of the Federal Correctional Institution in Greenville, Illinois, and therefore, is " . . .the person who has custody over [Petitioner]. . . ." 28 U.S.C. § 2242. As such, Warden Cross should be substituted for Warden Sherrod as the named respondent in this case.

is petitioner's obligation to inform the Clerk of any change in his whereabouts in writing not later than seven (7) days after transfer or other change in address occurs (Doc. 3). Nevertheless, the Court has independently determined that petitioner is currently placed at an RRC. Accordingly, petitioner is **ORDERED TO SHOW CAUSE** by **August 10, 2012**, why his case should not be dismissed as **MOOT**. Failure to respond by August 10, 2012, shall result in **dismissal of petitioner's claims with prejudice without further notice**.

**IT IS SO ORDERED.**

Signed this 11th day of July, 2012.

Digitally signed by David R. Herndon
Date: 2012.07.11 12:05:09 -05'00'

**Chief Judge**
**United States District Court**