IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHAD P. KELLER,

Petitioner,

v.

WARDEN JAMES CROSS,

Respondent.                                           No. 10-CV- 0478-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on August 15, 2012, the petition for writ of habeas corpus is **DENIED** and this petition is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:    /s/*Sandy Pannier*
              **Deputy Clerk**

Dated: August 15, 2012

Digitally signed by David R. Herndon
Date: 2012.08.15 16:26:39 -05'00'

APPROVED:
              CHIEF JUDGE
              U. S. DISTRICT COURT